

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarabjeet Singh | **Civil Action No.** ___26-cv-1308-LL-BLM___ |
| **Plaintiff,** | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's Petition for Writ of Habeas Corpus is GRANTED. Petitioner's Motion for Temporary Restraining Order is DENIED AS MOOT. Respondents shall immediately release Petitioner from custody subject only to the conditions of his preexisting release on bond. Prior to any re-detention of Petitioner, he is entitled to notice of the reasons for revocation of his parole and a pre-deprivation hearing before a neutral immigration judge to determine whether detention is warranted. At such a hearing, the government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight. In the Petition's prayer for relief, Petitioner requests attorney's fees and costs under the Equal Access to Justice Act, which the Court DENIES without prejudice. This case is hereby closed.

**Date:** ___4/10/26___

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  B. Chandler _____

B. Chandler, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  26-cv-1308-LL-BLM

Respondents:

Warden,
Imperial Regional Adult Detention Facility, Imperial ICE Processing;

Kristi Noem,
Secretary, U.S. Department of Homeland Security;

Pam Bondi,
Attorney General of the United States